**Summary of Glenwood and MCSETX Payment History and Accrued Delinquency**

- In the Agreement with HSA Port Arthur LLC, Remote ICU physician group provides nightly remote intensive care services to two HSA owned affiliated hospital facilities, Glenwood Regional Medical Center and Medical Center of Southeast Texas in which under the Agreement a maximum of 34 ICU beds are covered by Remote ICU's intensivist each night
- The total monthly fee is $70,833 which is split proportionately between the two hospitals based on the number of beds in their respective ICUs
- Therefore according to the Agreement on a +30 day payment basis, Glenwood pays $45833.04 and Medical Center of Southeast Texas pays $24999.96, together totaling the $70,833 monthly fee detailed in the Agreement

| Monthly Payment Schedule Per Contract | Payment Due +30 days | Glenwood | Medical Center of Southeast Texas | Total |
|---|---|---|---|---|
| January 2025 | March 02, 2025 | $45,833 | $25,000 | $70,833 |
| February 2025 | March 30, 2025 | $45,833 | $25,000 | $70,833 |
| March 2025 | April 30, 2025 | $45,833 | $25,000 | $70,833 |
| April 2025 | May 30, 2025 | $45,833 | $25,000 | $70,833 |
| May 2025 | June 30, 2025 | $45,833 | $25,000 | $70,833 |
| June 2025 | July 30, 2025 | $45,833 | $25,000 | $70,833 |
| July 2025 | August 30, 2025 | $45,833 | $25,000 | $70,833 |
| August 2025 | September 30, 2025 | $45,833 | $25,000 | $70,833 |
| September 2025 | October 30, 2025 | $45,833 | $25,000 | $70,833 |
| October 2025 | November 30, 2025 | $45,833 | $25,000 | $70,833 |
| November 2025 | December 30, 2025 | $45,833 | $25,000 | $70,833 |
| **TOTAL DUE TO-DATE 14-Jan-26** | | **$504,163** | **$275,000** | **$779,163** |
| December 2025 | January 30, 2026 | $45,833 | $25,000 | $70,833 |

**Glenwood - Schedule of Payments to-date**

| Date of Payment | Amount Paid |
|---|---|
| December 08, 2025 | $91,666 |
| October 21, 2025 | $45,833 |
| August 12, 2025 | $45,833 |
| July 30, 2025 | $45,833 |
| June 30, 2025 | $45,833 |
| May 19, 2025 | $45,833 |
| March 31, 2025 | $35,833 |
| March 21, 2025 | $10,000 |
| TOTAL Paid as of Jan 14 2026 | $366,664 |
| Total Accrued as of Jan 14 2026 | $504,163 |
| **Glenwood Delinquent as of 14-Jan-26** | **$137,499** |

**Medical Center of Southeast Texas - Schedule of Payments to-date**

| Date of Payment | Amount Paid |
|---|---|
| December 12, 2025 | $43,749 |
| November 04, 2025 | $43,747 |
| September 19, 2025 | $9,500 |
| September 05, 2025 | $8,000 |
| July 29, 2025 | $75,000 |
| June 09, 2025 | $25,000 |
| May 05, 2025 | $25,000 |
| TOTAL Paid as of Jan 14 2026 | $186,249 |
| Total Accrued as of Jan 14 2026 | $275,000 |
| **MCSETX Delinquent as of 14-Jan-26** | **$88,751** |

| | |
|---|---|
| **Total HSA Delinquency as of 14-Jan-26** | **$226,250** |

**EXHIBIT A - Page Solo**