UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action 4:26-cv-00432 |
| | § | |
| HSA PORT ARTHUR, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF REMOTE ICU, LLC'S REQUEST FOR ENTRY OF
DEFAULT AGAINST DEFENDANT HSA PORT ARTHUR, LLC**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Remote ICU, LLC ("Plaintiff") by and through its undersigned counsel, hereby requests entry of default as to Defendant HAS Port Arthur, LLC ("Defendant"), for having failed to answer or otherwise plead after service.

This Request is supported by the accompanying *Affidavit of Brian W. Clark*, counsel for Plaintiff.

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Brian W. Clark*
        Brian W. Clark
        Attorney-in-Charge
        Texas State Bar No. 24032075
        S.D. Tex. Bar No. 558245
        bclark@krcl.com

        901 Main Street, Suite 5200
        Dallas, Texas 75202
        Telephone: 214.777.4200
        Telecopy: 214.777.4299

        ***Attorneys for Plaintiff***

1

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on the 19th day of February 2026, a true and correct copy of the

foregoing was served the following:

**Via CMRRR: 9589 0710 5270 1732 3042 96**
**and Regular U.S. Mail:**
HSA Port Arthur, LLC by and through its registered agent:
Registered Agents Inc.
5900 Balcones Drive, Suite 100
Austin, TX  78731

*/s/ Brian W. Clark*
Brian W. Clark