UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action 4:26-cv-00432 |
| HSA PORT ARTHUR, LLC, | § § § | |
| *Defendant.* | § § | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

The undersigned, being first duly sworn, deposes and says:

1. I am the attorney-in-charge for Plaintiff Remote ICU, LLC ("Plaintiff"). I have personal knowledge of the facts stated herein and those facts are true and correct.

2. This affidavit is executed by me in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purpose of obtaining entry of default against Defendant HSA Port Arthur, LLC ("Defendant") for failing to answer or otherwise respond to Plaintiff's Original Complaint.

3. On January 20, 2026, Plaintiff filed its Original Complaint (Dkt. 1).

4. On January 27, 2026, Defendant was served with a summons and a copy of the Original Complaint via its registered agent. That same day, the return of service was filed with this Court (Dkt. 6).

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1), a party must serve an answer within 21 days after being served with the complaint. No extensions of time have been requested or granted. Therefore, Defendant was required to answer by February 17, 2026.

6. To date, Defendant has not filed an answer or otherwise appeared in this case.

7. Defendant is a limited liability company and, therefore, not capable of being in military service.

11857565 v1 (75634.00003.000)

Further, Affiant sayeth not.

_____
Brian W. Clark

SUBSCRIBED AND SWORN TO BEFORE ME on this the 19th day of February 2026.

_____
Notary Public, State of Texas

Print Name: _Teresa R. Rowe_

My Commission Expires: _03-01-2027_

TERESA R ROWE
Notary Public, State of Texas
Notary ID#: 12831336-0
My Commission Expires 03-01-2027