UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action 4:26-cv-00432 |
| HSA PORT ARTHUR, LLC, | § § § | |
| *Defendant.* | § § | |

## CLERK'S ENTRY OF DEFAULT

It appears upon the representation of the plaintiff and from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

**HSA Port Arthur, LLC**

Therefore, default is entered against the defendant as authorized by federal rule of Civil Procedure 55(a) on this ____ day of February, 2026.

Clerk of the District Court

_____

By: Deputy Clerk

1