United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Remote ICU LLC | § § § |
| *versus* | § § Civil Action 4:26−cv−00432 |
| HSA Port Arthur, LLC | § § § |

## Clerk's Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

HSA Port Arthur, LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Date: February 27, 2026

Nathan Ochsner, Clerk
By: Glenda M. Hassan
Deputy Clerk