UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action 4:26-cv-00432 |
| HSA PORT ARTHUR, LLC, | § § § | |
| *Defendant.* | § | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT HSA PORT ARTHUR, LLC**

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff Remote ICU, LLC ("Plaintiff") files this Request for Clerk's Entry of Default Judgment Against Defendant HSA Port Arthur, LLC ("Defendant") and would respectfully show the Court as follows.

1. Plaintiff commenced this action on January 20, 2026, by filing its Original Complaint alleging that Defendant breached a contract with Plaintiff and failed to timely pay for remote intensive care physician services the Plaintiff provided pursuant to a written agreement. (Dkt. 1.)

2. On January 22, 2026, a Summons was issued in this case (Dkt. 3).

3. On January 27, 2026, Defendant was served via its registered agent with the Summons and Plaintiff's complaint. (Dkt. 6.). Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendant's answer was due within twenty-one (21) days after service of the Summons and Complaint, which placed the deadline on February 17, 2026. However, Defendant did not file an answer or any dilatory pleading by that deadline.

4. On February 19, 2026, Plaintiff filed a Request for Entry of Default (Dkt. 8.) Default was entered by the Clerk, pursuant to Federal Rule 55(a), on February 27, 2026. (Dkt. 11.) Since that time, Defendant has still not appeared to seek to set aside the default or otherwise.

5. Through its motion, Plaintiff seeks a judgment against Defendant for (i) actual damages in the amount of Three Hundred, Twenty-four Thousand and Forty-five Dollars ($324,045.00); (ii) costs of court; (iii) pre-judgment and post-judgment interest as permitted by law; and (iv) reasonable and necessary attorneys' fees incurred by Plaintiff.

6. Plaintiff's damages are for "a sum certain or a sum that can be made certain by computation." Fed. R. Civ. Proc. 55(b)(1). Plaintiff's damages are supported by the Declaration of Eli Magin, attached hereto as "**Exhibit A.**" As demonstrated in that Declaration, Defendant has failed to pay for nightly remote intensive care physician service provided by Plaintiff at Defendants' facilities. Beginning in early 2025, Defendant failed to timely remit payment for services rendered. As of the filing of this request, Defendant's total past due delinquency owed to Plaintiff is $324,045.00. *See* Exhibit A; see also detailed summary of invoicing, payments, and outstanding balances attached as Exhibit A-1.

7. Plaintiff is also entitled to recovery of its reasonable and necessary attorneys' fees under Chapter 38 of the Texas Civil Practice and Remedies Code. Plaintiff seeks recovery of a total of $7,040.00 in attorneys fees. This fee claim is supported by the Declaration of Brian W. Clark, attached hereto as "**Exhibit B**."

8. Plaintiff also incurred court costs of $405.00 for filing of its Complaint and issuance of the Summons to Defendant.

9. Defendant is not an individual who might otherwise be a member of the Armed Forces of the United States of America, a minor, or legal incompetent.

WHEREFORE, Plaintiff hereby respectfully prays that this Honorable Court: (1) enter a Default Judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b) in the amount of $324,045.00 plus pre-judgment and post-judgment interest at the maximum legal rate until paid in full, (2) award Plaintiff reasonable and necessary attorneys' fees in the amount of $7,040.00, (3) award

Plaintiffs its costs of court in the amount of $405.00, and (4) grant any such other and further relief as the Court deems just and proper.

>Respectfully submitted,
>
>KANE RUSSELL COLEMAN LOGAN PC
>
>By: */s/ Brian W. Clark*
>    Brian W. Clark
>    Attorney-in-Charge
>    Texas State Bar No. 24032075
>    S.D. Tex. Bar No. 558245
>    bclark@krcl.com
>
>901 Main Street, Suite 5200
>Dallas, Texas 75202
>Telephone: 214.777.4200
>Telecopy: 214.777.4299
>
>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of March 2026, a true and correct copy of the foregoing was served the following:

> **Via CMRRR: 7015 3430 0000 0623 9779**
> **and Regular U.S. Mail:**
> HSA Port Arthur, LLC by and through its registered agent:
> Registered Agents Inc.
> 5900 Balcones Drive, Suite 100
> Austin, TX  78731

>*/s/ Brian W. Clark*
>    Brian W. Clark