# EXHIBIT A-1

In the agreement with HSA Port Arthur LLC, Remote ICU physician group provides nightly remote intensive care services to two hospital facilities, Glenwood Regional Medical Center and Medical Center of Southeast Texas in which a maximum of 34 ICU beds are covered by Remote ICU's intensivist team each night

After Remote ICU started providing services it was informed that the HSA total monthly invoice fee would not be paid by HSA directly, but be split proportionately between the two hospitals based on the number of beds in their ICU and paid by each hospital entity separately.

| Monthly Invoice As Per Contract | Payment Due Date (+30 days) | Glenwood | Medical Center of Southeast Texas | Total |
|---|---|---|---|---|
| January 2025 | March 02, 2025 | $45,833 | $25,000 | $70,833 |
| February 2025 | March 30, 2025 | $45,833 | $25,000 | $70,833 |
| March 2025 | April 30, 2025 | $45,833 | $25,000 | $70,833 |
| April 2025 | May 30, 2025 | $45,833 | $25,000 | $70,833 |
| May 2025 | June 30, 2025 | $45,833 | $25,000 | $70,833 |
| June 2025 | July 30, 2025 | $45,833 | $25,000 | $70,833 |
| July 2025 | August 30, 2025 | $45,833 | $25,000 | $70,833 |
| August 2025 | September 30, 2025 | $45,833 | $25,000 | $70,833 |
| September 2025 | October 30, 2025 | $45,833 | $25,000 | $70,833 |
| October 2025 | November 30, 2025 | $45,833 | $25,000 | $70,833 |
| November 2025 | December 30, 2025 | $45,833 | $25,000 | $70,833 |
| December 2025 | January 30, 2026 | $45,833 | $25,000 | $70,833 |
| January 2025 | March 02, 2025 | $47,910 | $26,133 | $74,042 |
| **TOTAL BILLING ACCRUED AS OF 2-March-26** | | **$597,906** | **$326,132** | **$924,038** |

**Glenwood - Schedule of Payments to-date**

| Date of Payment | Amount Paid |
|---|---|
| February 04, 2026 | $45,833 |
| December 08, 2025 | $91,666 |
| October 21, 2025 | $45,833 |
| August 12, 2025 | $45,833 |
| July 30, 2025 | $45,833 |
| June 30, 2025 | $45,833 |
| May 19, 2025 | $45,833 |
| March 31, 2025 | $35,833 |
| March 21, 2025 | $10,000 |
| **TOTAL Paid as of 2-March-26** | **$412,497** |
| Total billing due as of 2-March-26 | $597,906 |
| **Glenwood Delinquent Balance as of 2-March-26** | **$185,409** |

**Medical Center of Southeast Texas - Schedule of Payments to-date**

| Date of Payment | Amount Paid |
|---|---|
| December 12, 2025 | $43,749 |
| November 04, 2025 | $43,747 |
| September 19, 2025 | $9,500 |
| September 05, 2025 | $8,000 |
| July 29, 2025 | $7,500 |
| June 09, 2025 | $25,000 |
| May 05, 2025 | $25,000 |
| April 04, 2025 | $25,000 |
| **TOTAL Paid as of 2-March-26** | **$187,496** |
| Total billing due as of 2-March-26 | $326,132 |
| **MCSETX Delinquent Balance as of 2-March-26** | **$138,637** |

| **Total HSA Delinquent Balance as of 2-March-26** | **$324,045** |
|---|---|