UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action 4:26-cv-00432 |
| | § | |
| HSA PORT ARTHUR, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE AND RENEWAL OF MOTION FOR DEFAULT JUDGMENT

Plaintiff Remote ICU, LLC ("Plaintiff") files this Notice of Filing Proof of Service and Renewal of Motion for Default Judgment and respectfully shows the Court as follows:

On March 2, 2026, Plaintiff served its Motion for Default Judgment Against Defendant HSA Port Arthur, LLC via USPS Certified, Return Receipt Requested (No. 7015 3430 0000 0623 9779) and Regular US Mail to HSA Port Arthur, LLC ("Defendant") by and through its registered agent: Registered Agents Inc., 5900 Balcones Drive, Suite 100, Austin, TX 78731.

Attached hereto as "**Exhibit 1**" is a true and correct copy of a signed return receipt PS Form 3811 a/k/a green card, showing delivery to Defendant's registered agent on March 5, 2026.

Now that Plaintiff has provided proof of service as required by this Court's March 3, 2026 Order (Doc. 13), Plaintiff hereby renews its Motion for Default Judgment Against Defendant HSA Port Arthur, LLC (Doc. 12), and requests that the Court grant such motion and also award Plaintiff all such other and further relief to which it is entitled.

Respectfully submitted,

Kane Russell Coleman Logan PC

By: /s/ *Brian W. Clark*
    Brian W. Clark
    Attorney-in-Charge
    Texas State Bar No. 24032075
    S.D. Tex. Bar No. 558245
    bclark@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: 214.777.4200
Telecopy: 214.777.4299

***Attorneys for Plaintiff***

### Certificate of Service

This is to certify that on the 13th day of March 2026, a true and correct copy of the foregoing was served the following:

**Via CMRRR: 9589 0710 5270 1732 3060 30**
**and Regular U.S. Mail:**
HSA Port Arthur, LLC by and through its registered agent:
Registered Agents Inc.
5900 Balcones Drive, Suite 100
Austin, TX 78731

                /s/ *Brian W. Clark*
                    Brian W. Clark