IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

REMOTE ICU, LLC                              §
                                             §
                                             §
                                             §
          *Plaintiff,*                       §
v.                                           §        CIVIL ACTION
                                             §        FILE NO: 4:26-CV-00432
                                             §
                                             §
                                             §
HSA PORT ARTHUR, LLC                         §
          *Defendant*                        §

## AFFIDAVIT OF JONATHAN BURKET

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I, Jonathan Burket, residing in Los Angeles County, California, being of sound mind and over

the age of eighteen (18) years, hereby declare under oath as follows:

1. My name is Jonathan Burket, and I am over the age of eighteen (18) years old. I am

   employed as Chief Compliance Officer at HSA Port Arthur, LLC, a Texas Limited

   Liability Company. I am located at 505 N Brand Blvd Suite 1200 Glendale, CA 91203.

2. I am competent to testify to the matters stated herein and have personal knowledge of the

   facts set forth in this affidavit.

3. HSA Port Aruther, LLC and its affiliated entities manage various healthcare facilities in

   the United States and I am responsible for managing all litigation for each of these entities.

4. That when I receive an Original Petition or Complaint, I calendar that deadline to file an Answer and then seek a local counsel to represent our healthcare facility.

5. That in this matter, I inadvertently failed to calendar the deadline to file an Answer and thus I failed to ask our local counsel to file an Answer for the Defendant in this matter.

6. That this is the first occurrence and that it was not intentional.

7. I have reviewed Defendant's Motion to Set Aside Default Judgement for Leave to Late File its Answer. That all facts listed in this Motion are accurate and within my personal knowledge.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: March __19__ , 2026.



Jonathan Burket,
Chief Compliance Officer
HSA PORT ARTHUR, LLC
Affiant

Subscribed and sworn to before me this ___19th___ day of March 2026 before me the undersigned Notary Public by Jonathan Burket, who is the Chief Compliance Officer of HSA PORT ARTHUR, LLC, a Texas Limited Liability Company, for an on behalf of the said entity.

Notary Public

NATALIE CELESTE
SEGURA-GUERRERO
Notary Public – California
Los Angeles County
Commission # 2461981
My Comm. Expires Sep 2, 2027