**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **REMOTE ICU, LLC** | § | |
| | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION** |
| | § | **FILE NO: 4:26-CV-00432** |
| | § | |
| | § | |
| | § | |
| **HSA PORT ARTHUR, LLC** | § | |
| ***Defendant*** | § | |

## DEFENDANT'S ORIGINAL ANSWER

Defendant HSA PORT ARTHUR, LLC, hereinafter referred to as "Defendant," by and through its Attorney, M. Ali Zakaria & Associates, P.C., file this Original Answer to Plaintiff REMOTE ICU, LLC's Original Complaint ("Complaint").

### A. Admissions & Denials

1. Defendant is without knowledge or information sufficient to form a belief about Plaintiff's causes of action listed in Paragraph 1 of Complaint.

2. Defendant denies Plaintiff's allegations in paragraph 1 of complaint to the extent the same states that Defendant has failed to pay timely in accordance with a written agreement.

3. Defendant denies Plaintiff's allegations in paragraph 2 and 3 of the Complaint to the extent the Complaint states that Defendant has legal obligation to pay Plaintiff.

4. Paragraph 4 through 10 do not require a response from Defendant.

Defendant's Original Answer                                                                                      1

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment in paragraph 11.

6. Defendant admits that it and its affiliated entities owns and operate various medical facilities.

7. Defendant admits allegations contained in paragraphs 13 but denies allegations in paragraphs 14 through 24.

8. Defendant admits allegations contained in paragraphs 25 and 26 of the Complaint.

9. Defendant denies all allegations in paragraphs 27 through 40.

## B. **Prayer**

10. For these reasons, Defendant ask this Honorable Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs and attorneys' fees against Plaintiff, and award Defendant all other relief to which it is entitled to in this action.

Respectfully Submitted,

M. Ali Zakaria & Associates, PC

_____/s/___Ali Zakaria_____
M. Ali Zakaria
Attorney-in-Charge
SBN # 22243410
6161 Savoy Dr., Suite 1000
Houston, Texas 77036
Telephone:  (713)789-7500
Email: Ali@Zakarialaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that all opposing counsel of record will receive an electronic copy of the foregoing document via the District Clerk's electronic filing system upon filing hereof on this 19th day of March, 2026.


_____/s/__Ali Zakaria_____
M. Ali Zakaria