UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REMOTE ICU, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action 4:26-cv-00432 |
| | § | |
| HSA PORT ARTHUR, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## AGREED MOTION TO STAY

Plaintiff Remote ICU, LLC ("Plaintiff") and Defendant HSA Port Arthur, LLC ("Defendant") (collectively the "Parties") file this Agreed Motion to Stay as follows.

1. Plaintiff filed its Original Petition on January 20, 2026 [Dkt. 1].

2. On March 19, 2026, Defendant filed its Original Answer [Dkt. 16].

3. The Parties are finalizing the details of a settlement agreement and request that all pending docket control deadlines be held in abeyance, including Rule 16 conference currently scheduled for April 7, 2026 at 11:00 a.m., until Friday, July 31, 2026, and that the case be set for a status conference in mid-August 2026 in the event the parties have not filed a dismissal of the case by agreement by such date. The Parties agree to the limited stay sought herein.

4. This stay is not sought for the purpose of delay, but so that the Parties can finalize and effectuate a settlement.

## PRAYER

For the foregoing reasons, Plaintiff and Defendant respectfully request a stay of this case through Friday, July 31, 2026 and that the Court set a status conference in mid-August 2026.

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Brian W. Clark*
    Brian W. Clark
    Attorney-in-Charge
    Texas State Bar No. 24032075
    S.D. Tex. Bar No. 558245
    bclark@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: 214.777.4200
Telecopy: 214.777.4299

**Attorneys for Plaintiff**

**AGREED AS TO FORM, CONTENT AND FOR ENTRY:**

**M. ALI ZAKARIA & ASSOCIATES, P.C.**

By:    */s/M. Ali Zakaria*
    M. Ali Zakaria
    State Bar No. 22243410
    ali@zakarialaw.com
    6161 Savoy Drive, Suite 1000
    Houston, Texas 77036
    (713) 789-7500 Phone

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of April 2026, a true and correct copy of the foregoing was served on all counsel of record.

*/s/ Brian W. Clark*
    Brian W. Clar

2                  11916524 (75634.00003.000)