## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Remote ICU LLC

v.                                                    Case Number: 4:26–cv–00432

HSA Port Arthur, LLC

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/14/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   August 8, 2026                                Nathan Ochsner, Clerk