**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **REMOTE ICU LLC,**<br>***Plaintiff,*** | §<br>§<br>§<br>§<br>§ | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-00432** |
| **HSA PORT ARTHUR, LLC,**<br>***Defendants.*** | §<br>§<br>§<br>§ | |

**NOTICE OF APPEARANCE OF MANSOOR BROACHWALA ON BEHALF OF PLAINTIFF**

Please take notice that the following attorney is appearing in this action on behalf of Plaintiff HSA PORT ARTHUR, LLC.

Mansoor Broachwala
**LAW OFFICES OF MANSOOR BROACHWALA LLC**
Illinois State Bar No. 6326633
Fed. Id. No. 3943228
19 E. 20th Street Lombard IL 60148
Phone (713) 565-1353
Fax (713) 583-8715
Email: mansoor@esslawpartners.com

Mr. Broachwala should be added as counsel to receive all pleadings, orders, and judgments in this action.

Respectfully submitted,

**EDWARDS SUTARWALLA SAMANI LLP**

By: /s/ ____________________
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
**Attorney in Charge**

602 Sawyer St., Suite 110
Houston, Texas 77007
Office: 713-565-1353
Fax :713-583-8715
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**ATTORNEYS FOR PLAINTIFF**
**HSA PORT ARTHUR LLC**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are Filing Users of the Electronic Case Files System of the Southern District of Texas have been served a true and correct copy of the foregoing by electronic submission for filing on September 14, 2026.

/s/ ____________________
Mansoor Broachwala