**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Remote ICU LLC

v. Case Number: 4:26−cv−00432

HSA Port Arthur, LLC

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/29/2026

**TIME:** 03:50 PM

**TYPE OF PROCEEDING:** Status Conference

Date: September 22, 2026

Nathan Ochsner, Clerk
by G. Hassan, Deputy Clerk