**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Tuesday, August 4, 2026 8:34 PM
**To:** Brian Clark; ali
**Cc:** Griffin, Andrew
**Subject:** Re: EXTERNAL: Re: Remote ICU
**Attachments:** remote icu 08042026.pdf

---

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Date:** Tuesday, August 4, 2026 at 3:37 PM
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

The 4100 was paid. Send me the hospital invoices that you claim are past due. Then I will circle back

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, August 4, 2026 8:45 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

I understand but the invoices are still past due and owing. Do you intend to pay?

Get Outlook for iOS

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Tuesday, 04 August 2026 17:28:29
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

I am not sent any invoices. The settlement agreement does not apply to those invoices

**From:** Brian Clark <bclark@krcl.com>
**Date:** Tuesday, August 4, 2026 at 8:26 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Wire for the half settlement payment?

What about the invoices due 8/1?

Get Outlook for iOS

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Tuesday, 04 August 2026 17:23:26
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

My wire bounced back. Not sure why. Im resubmitting it

**From:** Brian Clark <bclark@krcl.com>
**Date:** Tuesday, August 4, 2026 at 8:22 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>

**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

My client did not receive the remaining balance on Friday. And now another round of invoices is past due. Are you going to pay? I suspect my client is about to terminate services. We will also submit the agreed judgment for entry.

Get Outlook for iOS

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Wednesday, 29 July 2026 17:24:50
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

Trying to get the remaining balance to you on Friday

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Wednesday, July 29, 2026 8:23 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** RE: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

They received payment but it was only half the amount due. What is the status of the other half?

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**

901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4253 | Cell 214.493.2554
krcl.com | krclblogs.com
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, July 28, 2026 6:55 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

My client did not receive the payment yesterday. Was the wire sent?

**BRIAN CLARK**
DIRECTOR
KRCL
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4253 | Cell 214.493.2554
krcl.com | krclblogs.com
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Tuesday, 21 July 2026 12:02:38
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Cc:** Griffin, Andrew <Andrew.Griffin@hsahospitals.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

Thank you.

---

**From:** Brian Clark <bclark@krcl.com>
**Date:** Tuesday, July 21, 2026 at 10:02 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Subject:** RE: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

My client will agree to give you until Monday, July 27 to make the payment.

**BRIAN CLARK**
DIRECTOR
KRCL
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202

**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Tuesday, July 21, 2026 10:54 AM
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

We are going to need some additional time on the final payment. I can get the $82500 no later than Monday the 27th

Considering this is the final payment, im hoping there is a little bit of flexibility here.

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, July 21, 2026 6:50 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Subject:** RE: EXTERNAL: Re: Remote ICU

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Following up on this. Please advise as to status of payment.

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Brian Clark
**Sent:** Friday, July 17, 2026 8:25 AM
**To:** 'Burket, Jonathan' <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Subject:** RE: EXTERNAL: Re: Remote ICU

$82,500 settlement payment that was due on July 15 has not been received. This will constitute your 5-day notice to cure.

---

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Monday, July 13, 2026 10:44 AM

**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

THe 30K payment will be wired by close of business PST.

---

**From:** Brian Clark <bclark@krcl.com>
**Date:** Monday, July 13, 2026 at 8:29 AM
**To:** Burket, Jonathan <JBurket@hsahospitals.com>; ali <ali@zakarialaw.com>
**Subject:** RE: EXTERNAL: Re: Remote ICU

You don't often get email from bclark@krcl.com. Learn why this is important

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

My client can only accept payment by ACH or wire, which is why it was set up that we in the original agreement.

The 5 day cure period has now expired so we have the right to submit the judgment for entry and begin collection efforts. If you can make payment by ACH or wire today, then we will waive the default.

Alternatively, you could pay your attorney by check and he could then wire the payment in. If you go that route and we get proof the check is deposited today, then we are open to holding off until the wire comes in from your attorney.

Otherwise, we will move forward with exercising our rights and remedies.

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
krcl.com | krclblogs.com
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Burket, Jonathan <JBurket@hsahospitals.com>
**Sent:** Monday, July 13, 2026 9:43 AM
**To:** Brian Clark <bclark@krcl.com>; ali <ali@zakarialaw.com>
**Subject:** Re: EXTERNAL: Re: Remote ICU

HSA Port Arthur needs to write a check. Can you send me the overnight address for the check

---

**From:** Brian Clark <bclark@krcl.com>
**Date:** Thursday, April 30, 2026 at 5:16 AM

**To:** ali <ali@zakarialaw.com>
**Cc:** Jonathan Burket <jburket@hsahospitals.com>
**Subject:** EXTERNAL: Re: Remote ICU

> You don't often get email from bclark@krcl.com. Learn why this is important

**[EXTERNAL EMAIL]** This email originated from outside of hsahospitals.com. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Can you confirm that full payment for the March invoices will be wired by tomorrow? My client asked me to inquire. Thanks.

**BRIAN W. CLARK**
Director

**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**BRIAN CLARK**
DIRECTOR

KRCL

**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Ali Zakaria <Ali@zakarialaw.com>
**Sent:** Friday, April 17, 2026 1:12:12 PM
**To:** Brian Clark <bclark@krcl.com>
**Cc:** Jonathan Burket <jburket@hsahospitals.com>
**Subject:** Re: Remote ICU

Dear Brian,

My client has signed a Settlement Agreement agreeing to make payments required thereunder. I am not sure what you are asking me to do?

Sincerely,

Ali Zakaria

On Fri, Apr 17, 2026 at 1:02 PM Brian Clark <bclark@krcl.com> wrote:

Client confirmed receipt of the full $82,500 on Wednesday.

Can you confirm the next invoice(s) due in a couple of weeks will be timely paid?

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Wednesday, April 15, 2026 1:11 PM
**To:** Ali Zakaria <Ali@zakarialaw.com>
**Cc:** Jonathan Burket <jburket@hsahospitals.com>
**Subject:** RE: Remote ICU

I'm told that only $25,000 has been wired today. The payment was supposed to be $82,500. Is the additional $57,500 coming today?

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Ali Zakaria <Ali@zakarialaw.com>
**Sent:** Wednesday, April 15, 2026 9:47 AM
**To:** Brian Clark <bclark@krcl.com>
**Cc:** Jonathan Burket <jburket@hsahospitals.com>
**Subject:** Re: Remote ICU

I have no indication that a payment will not be made.

Sincerely

Ali Zakaria

Zakaria Law Firm
6161 Savoy Drive, Suite 1000
Houston, Texas 77036

Tel: (713) 789 7500
Fax: (713) 774 2423

On Wed, Apr 15, 2026 at 9:21 AM Brian Clark <bclark@krcl.com> wrote:

Following again. Are they remitting payment today?

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, April 14, 2026 6:05 PM
**To:** Ali Zakaria <ali@zakarialaw.com>
**Subject:** RE: Remote ICU

Are they sending payment tomorrow?

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, April 14, 2026 7:29 AM
**To:** Ali Zakaria <ali@zakarialaw.com>
**Subject:** Remote ICU

Just a reminder that payment is due tomorrow under the settlement. Please let me know when the wire is sent so I can confirm receipt on my end. Thanks.

**BRIAN W. CLARK**
Director

**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214-549-9613
**krcl.com** | **krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

--
Ali Zakaria,

M. Ali Zakaria & Associates, PC
6161 Savoy, Suite 1000
Houston, Texas 77036
(713) 789-7500- Tel
(713) 774-2423- Fax
Email: Ali@Zakarialaw.com
Website: Zakarialaw.com

**U.S. Treasury Circular 230 Notice:** Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing, or recommending to another party any tax related matter addressed herein.
**CONFIDENTIALITY NOTICE**: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.
NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this

email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

City National Bank



**City National Bank**
100 S.E. 2nd Street
Miami, Florida, 33131

**HSA PGH LLC**
**505 N BRAND BLVD STE 1200**
**GLENDALE CA 91203-3328**

| | |
|---|---|
| DATE: | 08/04/26 |
| DIRECT INQUIRIES TO: | 305-448-6500 |
| ACCOUNT: | #######9089 |

Dear HSA PGH LLC,

In accordance with your instructions, your City National Bank account ending in #######9089 has been debited on 08/04/26 for an Outgoing Wire Transfer as detailed below. Any applicable fees are set forth in the fee schedule associated with your deposit account (available on www.citynational.com) and will be detailed on your account statement.

**Sender Information:**

| | | | |
|---|---|---|---|
| **USD AMOUNT:** | $41,250.00 | | |
| **TRANSACTION REFERENCE:** | 935066751 | | |
| **SERVICE REFERENCE:** | 20260804MMQFMPR4001654 | | |
| **END-TO-END ID:** | 88b47e5e12e54ecc9fca17a632f8c93a | | |
| **BENEFICIARY:** | REmote ICU<br>1207 Deleware Ave<br>Suite 515 | **ID:** | ######4594 |
| **BENEFICIARY BANK:** | FLAGSTAR BANK, NA | **ID:** | 026013576 |
| **RECEIVING BANK:** | FLAGSTAR BANK, NA | **ID:** | 026013576 |
| **REFERENCE FOR BENEFICIARY:** | Q2GT4908833 | | |
| **PAYMENT DETAIL:** | hsa | | |

Should you have any questions, please contact City National Bank customer service at 305-448-6500 (1-833-448-6500).