**From:** Brian Clark
**Sent:** Tuesday, September 29, 2026 8:40 AM
**To:** Mansoor Broachwala
**Cc:** Murtaza Sutarwalla
**Subject:** RE: Remote ICU Dismissal
**Attachments:** Remote_ICU_Glenwood_July_2026.pdf; Remote_ICU_Medical_Center_of_South_East_Texas_July_2026.pdf

Mansoor,

My client is only showing receipt of $26,132.48, which is the smaller of the two past due invoices. Both are attached for your convenience. The larger invoice of $47,909.69 remains unpaid. Is your client paying that other invoice this morning as well?

There are also some outstanding late fees/interest, I am working to get an updated number on that. But the big issue is the open invoice referenced above.

Brian

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, September 29, 2026 7:32 AM
**To:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** Re: Remote ICU Dismissal

Let me confirm receipt with my clients.

Get Outlook for iOS

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com | krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Sent:** Tuesday, 29 September 2026 07:27:11
**To:** Brian Clark <bclark@krcl.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** Remote ICU Dismissal

Good Morning Counsel,

I had an opportunity to speak to our clients. It appears that all payments required for purposes of the settlement agreement have been paid. Will you be dismissing this matter today as mentioned in the last status conference?

Thank You,
Mansoor Broachwala

ESS
LAW PARTNERS
Your Matter, Our Mission™
Mansoor Broachwala
Of Counsel
713.565.1353 (tel)
713.583.8715 (fax)
Mansoor@esslawpartners.com
www.esslawpartners.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be information protected by the attorney-client and/or the attorney/work product privilege(s). Any unauthorized use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the email.

**Electronic Signature Disclaimer:** This communication does not constitute an intention by the sender to conduct a transaction or make any agreement or contract by electronic means. Nothing contained herein or in any attached electronic file shall satisfy the requirements for a writing, nor constitute a contract or electronic signature, as those terms are defined in or contemplated by the Electronic Signatures In Global And National Commerce, 15 U.S.C. Section 7000 *et seq.* or any version of the Uniform Electronic Transaction Act adopted by any state or any other statute governing electronic transactions.

# Remote ICU

## INVOICE

Fed Tax ID: 36-5021011

Remote ICU
1207 Delaware Ave, Suite 515
Wilmington, DE 19806

Beneficiary Bank Flagstar Bank (previously known as Signature Bank)
Beneficiary Bank ABA # 026013576
Beneficiary Account Number 1505054594
Beneficiary Account Name Remote ICU LLC

To:
Glenwood Regional Medical Center
503 McMillan Road
West Monroe, LA 71291

**Invoice #:** 210021
**Invoice Date:** 07/31/2026
**For Services Provided In:** Jul-2026

**PAY THIS AMOUNT DUE:**

**$47,909.69**

**The above amount due must be paid by ACH or WIRE ONLY.**

| Description | Amount |
|---|---|
| Monthly Intensivist Coverage Services | 47909.69 |
| | **$47,909.69** |

| | |
|---|---|
| **TOTAL TO BE PAID:** | **$47,909.69** |

# Remote ICU LLC

## INVOICE

Fed Tax ID: 36-5021011

Remote ICU
1207 Delaware Ave, Suite 515
Wilmington, DE 19806

Beneficiary Bank Flagstar Bank (previously known as Signature Bank)
Beneficiary Bank ABA # 026013576
Beneficiary Account Number 1505054594
Beneficiary Account Name Remote ICU LLC

To:
HSA Port Arthur, LLC, dba Medical Center of Southeast Texas
2555 Jimmy Johnson Blvd.
Port Arthur, TX 77640

**Invoice #:** 220021
**Invoice Date:** 07/31/2026
**For Services Provided In:** Jul-2026

**PAY THIS AMOUNT DUE:**

**$26,132.68**

**The above amount due must be paid by ACH or WIRE ONLY.**

| Description | Amount |
|---|---|
| Monthly Intensivist Coverage Services | 26132.68 |
| | **$26,132.68** |

| | |
|---|---|
| **TOTAL TO BE PAID:** | **$26,132.68** |