**From:** Brian Clark
**Sent:** Friday, October 2, 2026 11:48 AM
**To:** Mansoor Broachwala
**Cc:** Murtaza Sutarwalla
**Subject:** RE: Remote ICU Dismissal

Everything that is currently due, which includes the invoices sent in September that became due yesterday.

If your client can just get fully caught up on invoices that are due we can dismiss the lawsuit and deal with the rest separately. But right now there are two months' of invoices past due as of today. The next round of invoices becomes due on November 1.

Can they wire payment for all amounts past due today to get current?

---

**From:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Sent:** Friday, October 2, 2026 11:41 AM
**To:** Brian Clark <bclark@krcl.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** Re: Remote ICU Dismissal

Hey Brian,

Full payment on the previous invoice? Or the ones sent out yesterday?

Thank You,
Mansoor Broachwala

**CONFIDENTIALITY NOTICE:** The information contained in this message may be information protected by the attorney-client and/or the attorney/work product privilege(s). Any unauthorized use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the email.

**Electronic Signature Disclaimer:** This communication does not constitute an intention by the sender to conduct a transaction or make any agreement or contract by electronic means. Nothing contained herein or in any attached electronic file shall satisfy the requirements for a writing, nor constitute a contract or electronic signature, as those terms are defined in or contemplated by the Electronic Signatures In Global And National Commerce, 15 U.S.C. Section 7000 *et seq.* or any version of the Uniform Electronic Transaction Act adopted by any state or any other statute governing electronic transactions.

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Friday, 02 October 2026 11:39:09
**To:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** RE: Remote ICU Dismissal

Asking again here.

My client has instructed that if full payment is not made today I am to push forward with litigation.

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com | krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Brian Clark
**Sent:** Thursday, October 1, 2026 2:06 PM
**To:** 'Mansoor Broachwala' <mansoor@esslawpartners.com>
**Cc:** 'Murtaza Sutarwalla' <murtaza@esslawpartners.com>
**Subject:** RE: Remote ICU Dismissal

Unfortunately there are two more invoices that are now due. What is the status of payment?

---

**From:** Brian Clark
**Sent:** Wednesday, September 30, 2026 8:33 AM
**To:** 'Mansoor Broachwala' <mansoor@esslawpartners.com>
**Cc:** 'Murtaza Sutarwalla' <murtaza@esslawpartners.com>
**Subject:** RE: Remote ICU Dismissal

Any update? Is your client paying today?

---

**From:** Brian Clark
**Sent:** Tuesday, September 29, 2026 4:02 PM
**To:** 'Mansoor Broachwala' <mansoor@esslawpartners.com>
**Cc:** 'Murtaza Sutarwalla' <murtaza@esslawpartners.com>
**Subject:** RE: Remote ICU Dismissal

Mansoor,

Here is what needs to be paid to clear things so I can dismiss the suit.

1. HSA-MCSETX July invoice of $26,132.68 received on Sept 28. As per settlement agreement late penalty and interest incurred for 27 days late (Sept 1 – 27) = **$478.62**
2. HSA-Glenwood July invoice of **$47,909.69** (attached) remains outstanding as of today's date. As per settlement agreement late penalty and interest incurred for 29 days late (Sept 1 – 29) = **$924.72**

**Total: $49,313.03**

Thanks.

Brian

**From:** Brian Clark
**Sent:** Tuesday, September 29, 2026 8:40 AM
**To:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** RE: Remote ICU Dismissal

Mansoor,

My client is only showing receipt of $26,132.48, which is the smaller of the two past due invoices. Both are attached for your convenience. The larger invoice of $47,909.69 remains unpaid. Is your client paying that other invoice this morning as well?

There are also some outstanding late fees/interest, I am working to get an updated number on that. But the big issue is the open invoice referenced above.

Brian

---

**From:** Brian Clark <bclark@krcl.com>
**Sent:** Tuesday, September 29, 2026 7:32 AM
**To:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** Re: Remote ICU Dismissal

Let me confirm receipt with my clients.

Get Outlook for iOS

**BRIAN CLARK**
DIRECTOR
KRCL
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4253 | **Cell** 214.493.2554
**krcl.com | krclblogs.com**
Unless expressly stated otherwise this email and any attachments are confidential and may be protected by the attorney–client privilege or work product doctrine. If you are not the intended recipient, please notify the sender by reply and delete this message from your system. Any inadvertent disclosure of this communication is not intended to constitute, and shall not be deemed, a waiver of any applicable privilege or protection. This communication does not constitute legal advice, create an attorney–client relationship, or form a binding agreement. See our full Email Disclaimer and Security Notice here.

---

**From:** Mansoor Broachwala <mansoor@esslawpartners.com>
**Sent:** Tuesday, 29 September 2026 07:27:11
**To:** Brian Clark <bclark@krcl.com>
**Cc:** Murtaza Sutarwalla <murtaza@esslawpartners.com>
**Subject:** Remote ICU Dismissal

Good Morning Counsel,

I had an opportunity to speak to our clients. It appears that all payments required for purposes of the settlement agreement have been paid. Will you be dismissing this matter today as mentioned in the last status conference?

Thank You,
Mansoor Broachwala

Mansoor Broachwala
Of Counsel
713.565.1353 (tel)
713.583.8715 (fax)
Mansoor@esslawpartners.com
www.esslawpartners.com
ESS
LAW PARTNERS

**CONFIDENTIALITY NOTICE:** The information contained in this message may be information protected by the attorney-client and/or the attorney/work product privilege(s). Any unauthorized use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the email.

**Electronic Signature Disclaimer:** This communication does not constitute an intention by the sender to conduct a transaction or make any agreement or contract by electronic means. Nothing contained herein or in any attached electronic file shall satisfy the requirements for a writing, nor constitute a contract or electronic signature, as those terms are defined in or contemplated by the Electronic Signatures In Global And National Commerce, 15 U.S.C. Section 7000 *et seq.* or any version of the Uniform Electronic Transaction Act adopted by any state or any other statute governing electronic transactions.