**Remote ICU: HSA Outstanding Balance and Late Fees, as of COB 15 Oct 2026**

| # | Facility | Invoice Month | Invoice Number | Invoice Amount | Issued Date* | Due Date | Paid Date | Status | Days Late | Late Penalty | Interest | Total Late Fees | Principal Outstanding | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HSA-MCSETX | July 2026 | 220021 | $26,132.68 | Aug 11, 2026 | Sep 10, 2026 | Sep 28, 2026 | Paid late; penalty & late fees unpaid | 18 | $130.66 | $231.97 | $362.64 | - | $362.64 |
| 2 | HSA-Glenwood | July 2026 | 210021 | $47,909.69 | Aug 10, 2026 | Sep 9, 2026 | Unpaid | OVERDUE | 36 | $239.55 | $850.56 | $1,090.11 | $47,909.69 | $48,999.80 |
| 3 | HSA-MCSETX | Aug 2026 | 220022 | $26,132.68 | Aug 31, 2026 | Oct 1, 2026 | Unpaid | OVERDUE | 14 | $130.66 | $180.42 | $311.09 | $26,132.68 | $26,443.77 |
| 4 | HSA-Glenwood | Aug 2026 | 210022 | $47,909.69 | Aug 31, 2026 | Oct 1, 2026 | Unpaid | OVERDUE | 14 | $239.55 | $330.77 | $570.32 | $47,909.69 | $48,480.01 |
| 5 | HSA-MCSETX | Sept 2026 | 220023 | $26,132.68 | Sep 30, 2026 | Nov 1 2026 | Unpaid | Outstanding | | | | | $26,132.68 | $26,132.68 |
| 6 | HSA-Glenwood | Sept 2026 | 210023 | $47,909.69 | Sep 30, 2026 | Nov 1 2026 | Unpaid | Outstanding | | | | | $47,909.69 | $47,909.69 |
| | **TOTAL** | | | | | | | | | **$740.42** | **$1,593.73** | **$2,334.16** | **$195,994.43** | **$198,328.59** |

**Remote ICU's invoicing system generally issues invoices on the last day of the month. Because HSA has asserted that it did not receive the June and July 2026 invoices as of their invoice dates (June 30 and July 31, 2026), to be conservative the dates on which Remote ICU has documented email correspondence providing those invoices to the facilities' accounts-payable contacts (August 10, 2026 for Glenwood; August 11, 2026 for MCSETX) are used as the issued dates for calculating late penalty and interest. The June 2026 invoices were paid before the resulting due dates (Glenwood on Aug 13, 2026; MCSETX on Aug 31, 2026) and are not shown, as no late penalty or interest is claimed on them. The due dates of the August and September 2026 invoices are the first day of the second month after the month of service (Oct 1 and Nov 1, 2026), which is later than 30 days after their issued dates.*