October 27, 2026

**VIA CM/ECF**

The Honorable Lee H. Rosenthal
United States District Judge
United States District Court for the Southern District of Texas
515 Rusk Street
Houston, Texas 77002

Re: *Remote ICU LLC v. HSA Port Arthur, LLC*, Civil Action No. 4:26-cv-00432; Request for Pre-Motion Conference on Limited Discovery and the Submission Date of Plaintiff's Motion for Summary Judgment (Dkt. 26)

Dear Judge Rosenthal:

Under Section 4 of the Court's Procedures, Defendant HSA Port Arthur, LLC ("HSA Port Arthur") requests a conference on two matters: (1) leave to hold the Rule 26(f) conference now and to take, before the December 4, 2026 initial conference, one Rule 30(b)(6) deposition of Plaintiff Remote ICU LLC ("Remote ICU") and serve five requests for production and five interrogatories; and (2) deferral of the November 6, 2026 submission date of Remote ICU's Motion for Summary Judgment (Dkt. 26) until 21 days after that discovery is complete.

**Posture.** The Court stayed this case so the parties could carry out their settlement. The Court then held status conferences on September 14 and September 29, 2026, reset each one to allow the parties to resolve the case. The parties have not held a Rule 26(f) conference, and no scheduling order has been entered, so neither party has been able to take discovery. Plaintiff filed a motion for summary judgment on amounts that are disputed and not pled in the complaint. It is Defendant's position that all amounts initially pled in the complaint and requested in the Settlement Agreement have been paid. HSA Port Arthur believes there are disputed facts that can be resolved through depositions of a corporate representative and limited discovery in order to respond to Plaintiff's motion for summary judgment

**Settlement efforts.** At the September 14 status conference, counsel for Remote ICU stated that Remote ICU was prepared to dismiss this action once HSA Port Arthur brought its payments current. The remaining dispute concerns monthly invoices for services rendered after the settlement. Remote ICU continues to change the goalpost on payments that need to be made before it will dismiss the matter. Remote ICU filed its motion on October 16, the date set for the status conference. HSA Port Arthur considers the motion premature: Remote ICU filed it before any discovery and while the parties were working, at the Court's direction, to resolve the remaining invoices.

**The motion.** Remote ICU has not amended or supplemented its complaint and seeks judgment on invoices for July and August 2026 services. The motion states that under the Physician Services Agreement, payment of the August 2026 invoices was due no

later than October 23, 2026. Remote ICU filed a motion for summary judgment on October 16.

**Conference.** Counsel conferred by email on October 20, 2026 (Murtaza Sutarwalla), by telephone on October 21, 2026 (Mansoor Broachwala and Brian Clark), by email on October 22, 2026, regarding the deposition, the written discovery, and an agreed extension, and by email on October 27, 2026. Remote ICU has not agreed, and the parties are at an impasse. Absent a conference before then, HSA Port Arthur intends to file a motion under Rule 56(d) to protect its November 6 response deadline. Defendant is requesting a conference between all parties to determine a scheduling order and to request limited discovery in order to respond to Plaintiff's motion for summary judgment.

HSA Port Arthur is available at the Court's convenience

Respectfully submitted,



Mansoor Broachwala
Murtaza F. Sutarwalla, Attorney-in-Charge
Edwards Sutarwalla Samani LLP
Counsel for Defendant HSA Port Arthur, LLC

cc: All counsel of record (via CM/ECF)