**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Remote ICU LLC

v. Case Number: 4:26−cv−00432

HSA Port Arthur, LLC

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 10/29/2026 at 02:00 PM before Judge Lee H Rosenthal, by video.

Date: October 27, 2026

Nathan Ochsner, Clerk
by G. Hassan , Deputy Clerk